UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| ERMA HINSON, *et al.*, | ) |
| | ) |
|    *Plaintiffs,* | ) |
| | ) No. 1:23-CV-139 |
| v. | ) |
| | ) Judge Collier |
| HIGH COUNTRY ADVENTURES, *et al.*, | ) Magistrate Judge Steger |
| | ) |
|    *Defendants.* | ) |

# O R D E R

United States Magistrate Judge Christopher H. Steger filed a report and recommendation (the "R&R") on Plaintiffs' motion (Doc. 50) to extend certain discovery and pre-trial deadlines. (Doc. 54.) The R&R finds good cause exists to extend the relevant deadlines because of the parties' inability to obtain the relevant raft and flotation devices from the Tennessee Department of Environment and Conservation for expert inspection as anticipated and because of health issues that prevented the timely deposition of one of the individual Defendants. (*Id.* at 1.) Neither party has objected to the R&R within the given fourteen days.

After reviewing the record, the Court agrees with the R&R (Doc. 54). The Court hereby **ACCEPTS** and **ADOPTS** the R&R (Doc. 54). Plaintiffs' motion for extension (Doc. 50) is **GRANTED**. The Second Amended Scheduling Order (Doc. 39) is **AMENDED** as set forth in the R&R (Doc. 54).

    **SO ORDERED.**

    **ENTER:**

                                                                    /s/
                                                           **CURTIS L. COLLIER**
                                                           **UNITED STATES DISTRICT JUDGE**