IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE AT CHATTANOOGA

| | |
|---|---|
| ERMA HINSON, Individually and as surviving spouse of EUGENE HINSON, Deceased, and NICOLE SMITH, Residents of the State of Alabama,<br><br>Plaintiffs,<br><br>v.<br><br>HIGH COUNTRY ADVENTURES, a/k/a HIGH COUNTRY ADVENTURES, INC., GERALD MARSHALL and JAMES D. SLOAN, Residents of the State of Tennessee and/or The State of Georgia,<br><br>Defendants. | Civil Docket No. 1:23-cv-00139<br>Jury Demand |

_____

**Stipulation of Dismissal with Prejudice**
_____

The parties, Erma Hinson, individually and as surviving spouse of Eugene Hinson, deceased, and Nicole Smith, as Plaintiffs, and High Country Adventures, Inc., Gerald Marshall, and James D. Sloan, as Defendants, by counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) stipulate to the dismissal of all claims with prejudice. Each party shall be responsible for their own costs and attorney fees.

This 5th day of March 2025.

Respectfully submitted,

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

By: */s/ Rick Hughes*
STEFAN RICHARD HUGHES, TN# 040018
565 Marriott Drive, Suite 620
Nashville, TN 37214
Phone: (615) 248-3605
Email: rick.hughes@qpwblaw.com

*Attorney for High Country Adventures a/k/a High Country Adventures, Inc.*

*LOGAN -THOMPSON, P.C.*
*By: /s / James Logan*
*JAMES F. LOGAN, JR. (TN #OOO758)*
*ROBERT S. THOMPSON (TN # 012832)*
*30 Second Street NW*
*PO Box 191*
*Cleaveland, Tennessee 37364-0191*
*Phone:     (423)476-2251*
*Email:* jlogant@loganthompsonlaw.com
rthompson@loganthompsonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of March 2025, I electronically filed the foregoing document with the clerk of the court by using the CM-ECF system, which will send a notice of electronic filing and mail and/or email the foregoing and to all the Parties.


By: */s/ Rick Hughes*

Stefan Richard Hughes